**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| WECAN TRANSPORT, INC., | : No. 64 MM 2023 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| YORK COUNTY TAX CLAIM BUREAU AND | : |
| KONSTANTINOS G. SGAGIAS, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of September, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.